# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## HELENA DIVISION

| | |
|---|---|
| JAMES M. WHITE, individual,<br><br>      Plaintiff,<br><br>vs.<br><br>CHADAM, INC d/b/a K BAR L RANCH, a corporation; ADAM WALLIS, individually, ADAM WALLIS d/b/a ADAM WALLIS OUTFITTER; and DOES 1 through 50,<br><br>      Defendants. | No. CV-20-63-H-SEH<br><br>**ORDER** |

On January 25, 2021, the Court ordered all parties to file preliminary pretrial statements on or before February 18, 2021, addressing, with strict compliance, each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i), (ii), (iii) and L.R. 16.2(b)(1).[1] Plaintiff's preliminary pretrial statement does not include information required by Fed. R. Civ. P. 26(a)(1)(A)(ii).

ORDERED:

Plaintiff shall have to and including February 23, 2021, in which to refile

---

[1] *See* Doc. 7 at 4-5.

the preliminary pretrial statement in compliance with Fed. R. Civ. P. 26(a)(1)(A)(ii).

DATED this 19th day of February, 2021.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge