# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| JAMES M. WHITE, individual,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHADAM, INC d/b/a K BAR L RANCH, a corporation; ADAM WALLIS, individually, ADAM WALLIS d/b/a ADAM WALLIS OUTFITTER; and DOES 1 through 50,<br><br>　　　　　　　　Defendants. | No. CV-20-63-H-SEH<br><br>**ORDER** |

On November 15, 2021, Defendants' Counsel filed and Unopposed Motion to Allow Co-Counsel to Appear Telephonically.[1]

ORDERED

Defendant's Unopposed Motion to Allow Co-Counsel to Appear

---

[1] Doc. 25

Telephonically is DENIED. Counsel for Defendants shall appear at 1:00 p.m. on November 18, 2021, at the Paul G. Hatfield Courthouse, Courtroom I, Helena, Montana for the Hearing on Defendants' Motion in Limine as previously ordered.[2]

DATED this 15th day of November, 2021.

SAM E. HADDON
United States District Judge

---

[2] Doc. 24.